IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ALAN FAMBROUGH and RICK BRAKE, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>SAFE CASH SYSTEMS, LLC,<br><br>*Defendant*. | Case No. 3:10-cv-00952<br>Judge Nixon<br>Magistrate Judge Griffin<br><br>JURY DEMAND |

## ORDER

The parties to this action have stipulated that Plaintiffs' claims are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. No. 12.) As a result, this case is **DISMISSED with prejudice**, with each party to bear their own costs and attorneys' fees.

It is so ORDERED.

Entered this 21st day of March, 2011.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT