UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| Alan Fambrough, et al | ) |
| | ) |
| | ) Case No. 3:10-952 |
| | ) Judge Nixon |
| | ) |
| | ) |
| Safe Cash Systems, LLC | ) |

ENTRY OF JUDGMENT

     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on March 28, 2011.

     KEITH THROCKMORTON, CLERK
     s/ Angie Brewer, Deputy Clerk